[No. 10967–7–I.   Division One.   March 26, 1984.]

MARY D. REHBERG, ET AL, *Respondents,* v. THE DEPART-
MENT OF SOCIAL AND HEALTH SERVICES,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 143062, John E. Rutter, Jr., J., entered
November 16, 1981. *Affirmed* by unpublished opinion per
Soderland, J. Pro Tem., concurred in by Callow and Ring-
old, JJ.

[No. 10973–1–I.   Division One.   March 26, 1984.]

THE CITY OF SEATTLE, *Respondent,* v. CHRIS
DEMOPOLIS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 864985, Arthur E. Piehler, J., entered October
16, 1981. *Affirmed* by unpublished opinion per Soderland,
J. Pro Tem., concurred in by Durham, C.J., and Williams,
J.

[No. 11192–2–I.   Division One.   March 26, 1984.]

CRAIG A. PECK, ET AL, *Respondents,* v. DAVIS
MARINE PRODUCTS COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–2–11792–1, Frank J. Eberharter, J., entered
December 17, 1981. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Andersen, J., and Johnsen, J.
Pro Tem.